# United States Court of Appeals for the Fifth Circuit

---

No. 23-40080
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

December 26, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Angel Rodriguez-Campuzano,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:21-CR-58-3

---

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Angel Rodriguez-Campuzano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez-Campuzano has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40080

Rodriguez-Campuzano's claims of ineffective assistance of counsel; we therefore decline to consider these claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). To the extent Rodriguez-Campuzano moves for the appointment of substitute counsel, the motion is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rodriguez-Campuzano's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.